

**CHESTER WATER AUTHORITY**
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| | |
|---|---|
| Edward T Brown | |
| 4113 Kates Glen | |
| Aston, PA 19014 | |

| | |
|---|---|
| Identification No. | 11017651AT00009 |
| Clock ID | 003763 |
| Department | 016013 |
| Key | amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 1,477.48 | Additional Withholding | State: |
| Net Pay | 1,039.59 | | Federal: |
| Check Number | 26553 | Marital Status | State: S |
| Pay Period Start | 08/05/2019 | | Federal: S |
| Pay Period End | 08/11/2019 | Dependents | State: 0 |
| Pay Date | 08/15/2019 | | Federal: 0 |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 2-OVERTIME | 1.50 | 52.46 | 78.68 | 1,287.76 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 23-VACATION | .00 | .00 | .00 | 3,173.16 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,945.68 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 515.87 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 969.80 |
| 38-CAP PROJ H | .00 | .00 | .00 | 6,046.09 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 156.00 |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | 32,353.04 |
| | | Gross Pay: 1,477.48 | | 50,274.74 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 229.32 | 7,831.00 |
| SOC SEC | 91.60 | 3,117.04 |
| MEDICARE | 21.42 | 729.01 |
| PA STATE | 45.36 | 1,543.44 |
| CHESTER CITY-W | 29.55 | 1,005.49 |
| PALS230101 | 1.00 | 34.00 |
| PAEUC | .89 | 30.21 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | .00 | 80.00 |
| UD-UNION DUES | 18.75 | 581.25 |
| VL-VOL LIFE | .00 | 173.94 |
| **Net Pay: 1,039.59** | | 35,149.36 |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 92.0000 | 32.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 15.0000 | 1.0000 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 1,039.59 |

(*) Memo items are the employer's responsibility.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

| Personal Information | |
|---|---|
| Edward T Brown | **Identification No.** 11017651AT00009 |
| 4113 Kates Glen | **Clock ID** 003763 |
| Aston, PA 19014 | **Department** 016013 |
| | **Key** amrT-KMJf-3hAg-pj3h |

| Payroll Statement | | | |
|---|---|---|---|
| **Gross Pay** | 1,398.80 | **Additional Withholding** | State: |
| **Net Pay** | 977.02 | | Federal: |
| **Check Number** | 26418 | **Marital Status** | State: S / Federal: S |
| **Pay Period Start** | 07/29/2019 | | |
| **Pay Period End** | 08/04/2019 | **Dependents** | State: 0 / Federal: 0 |
| **Pay Date** | 08/08/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 2-OVERTIME | .00 | .00 | .00 | 1,209.08 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 23-VACATION | .00 | .00 | .00 | 3,173.16 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,945.68 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 515.87 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 969.80 |
| 38-CAP PROJ H | .00 | .00 | .00 | 6,046.09 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 156.00 |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | 30,954.24 |
| | | **Gross Pay: 1,398.80** | | **48,797.26** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 212.01 | 7,601.68 |
| SOC SEC | 86.73 | 3,025.44 |
| MEDICARE | 20.28 | 707.59 |
| CHESTER CITY-W | 27.98 | 975.94 |
| PAEUC | .84 | 29.32 |
| PA STATE | 42.94 | 1,498.08 |
| PALS230101 | 1.00 | 33.00 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | .00 | 80.00 |
| UD-UNION DUES | 18.75 | 562.50 |
| VL-VOL LIFE | 11.25 | 173.94 |
| | **Net Pay: 977.02** | **34,109.77** |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 92.0000 | 32.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 15.0000 | 1.0000 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 977.02 |

(*) Memo items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.

Page 2



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| Edward  T  Brown | Identification No. | 11017651AT00009 |
|---|---|---|
| 4113 Kates Glen | Clock ID | 003763 |
| Aston,   PA  19014 | Department | 016013 |
|  | Key | amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| Gross Pay | 1,398.80 | Additional Withholding | State:<br>Federal: |
|---|---|---|---|
| Net Pay | 978.27 |  |  |
| Check Number | 26280 | Marital Status | State: S<br>Federal: S |
| Pay Period Start | 07/22/2019 |  |  |
| Pay Period End | 07/28/2019 | Dependents | State: 0<br>Federal: 0 |
| Pay Date | 08/01/2019 |  |  |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 2-OVERTIME | .00 | .00 | .00 | 1,209.08 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 23-VACATION | .00 | .00 | .00 | 3,173.16 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,945.68 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 515.87 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 969.80 |
| 38-CAP PROJ H | .00 | .00 | .00 | 6,046.09 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 156.00 |
| 1-REGULAR | 8.00 | 34.97 | 279.76 |  |
| 1-REGULAR | 8.00 | 34.97 | 279.76 |  |
| 1-REGULAR | 8.00 | 34.97 | 279.76 |  |
| 1-REGULAR | 8.00 | 34.97 | 279.76 |  |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | 29,555.44 |
|  |  | Gross Pay: | 1,398.80 | 47,398.46 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 212.01 | 7,389.67 |
| SOC SEC | 86.73 | 2,938.71 |
| MEDICARE | 20.28 | 687.31 |
| PAEUC | .84 | 28.48 |
| PA STATE | 42.94 | 1,455.14 |
| PALS230101 | 1.00 | 32.00 |
| CHESTER CITY-W | 27.98 | 947.96 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | 10.00 | 80.00 |
| UD-UNION DUES | 18.75 | 543.75 |
| VL-VOL LIFE | .00 | 162.69 |
| | Net Pay: 978.27 | 33,132.75 |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 92.0000 | 32.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 15.0000 | 1.0000 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 978.27 |

(*) Memo items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| | |
|---|---|
| Edward T Brown | |
| 4113 Kates Glen | |
| Aston, PA 19014 | |

| | |
|---|---|
| Identification No. | 11017651AT00009 |
| Clock ID | 003763 |
| Department | 016013 |
| Key | amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 1,425.03 | Additional Withholding | State: |
| | | | Federal: |
| Net Pay | 994.12 | | |
| Check Number | 26147 | Marital Status | State: S |
| | | | Federal: S |
| Pay Period Start | 07/15/2019 | | |
| Pay Period End | 07/21/2019 | Dependents | State: 0 |
| | | | Federal: 0 |
| Pay Date | 07/25/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 2-OVERTIME | .50 | 52.46 | 26.23 | 1,209.08 |
| 23-VACATION | 8.00 | 34.97 | 279.76 | |
| 23-VACATION | 8.00 | 34.97 | 279.76 | 3,173.16 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,945.68 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 515.87 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 969.80 |
| 38-CAP PROJ H | .00 | .00 | .00 | 6,046.09 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 156.00 |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | |
| 1-REGULAR | 8.00 | 34.97 | 279.76 | 28,156.64 |
| | | Gross Pay: | 1,425.03 | 45,999.66 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 217.79 | 7,177.66 |
| SOC SEC | 88.35 | 2,851.98 |
| MEDICARE | 20.66 | 667.03 |
| PALS230101 | 1.00 | 31.00 |
| CHESTER CITY-W | 28.50 | 919.98 |
| PA STATE | 43.75 | 1,412.20 |
| PAEUC | .86 | 27.64 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | .00 | 70.00 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Deductions

| Description | Current | YTD |
|---|---|---|
| UD-UNION DUES | 18.75 | 525.00 |
| VL-VOL LIFE | 11.25 | 162.69 |
| **Net Pay: 994.12** | | **32,154.48** |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 92.0000 | 32.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 15.0000 | 1.0000 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 994.12 |

(*) Memo items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.

Page 2



**CHESTER WATER AUTHORITY**
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| | | | |
|---|---|---|---|
| Edward T Brown | | Identification No. | 11017651AT00009 |
| 4113 Kates Glen | | Clock ID | 003763 |
| Aston, PA 19014 | | Department | 015191 |
| | | Key | amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| | | | | |
|---|---|---|---|---|
| Gross Pay | 1,496.93 | Additional Withholding | State: | |
| Net Pay | 1,041.01 | | Federal: | |
| Check Number | 25787 | Marital Status | State: S | |
| Pay Period Start | 07/01/2019 | | Federal: S | |
| Pay Period End | 07/07/2019 | Dependents | State: 0 | |
| Pay Date | 07/11/2019 | | Federal: 0 | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 24-HOLIDAY | 8.00 | 34.39 | 275.12 | 1,945.68 |
| 26-PERSONAL | 7.00 | 34.39 | 240.73 | 515.87 |
| 35-OVERTIME W | 2.10 | 51.59 | 108.33 | 969.80 |
| 38-CAP PROJ H | 8.00 | 34.39 | 275.12 | |
| 38-CAP PROJ H | 8.00 | 34.39 | 275.12 | 6,046.09 |
| 45-MEALS | .00 | 34.39 | 13.00 | 156.00 |
| 2-OVERTIME | .00 | .00 | .00 | 1,157.06 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 23-VACATION | .00 | .00 | .00 | 2,613.64 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 1.00 | 34.39 | 34.39 | 25,941.76 |
| | | | Gross Pay: 1,496.93 | 43,173.24 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 233.60 | 6,747.29 |
| SOC SEC | 92.81 | 2,676.74 |
| MEDICARE | 21.71 | 626.05 |
| PA STATE | 45.96 | 1,325.43 |
| PALS230101 | 1.00 | 29.00 |
| CHESTER CITY-W | 29.94 | 863.45 |
| PAEUC | .90 | 25.94 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | .00 | 70.00 |
| UD-UNION DUES | 18.75 | 487.50 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

| Deductions | | |
|---|---|---|
| **Description** | **Current** | **YTD** |
| VL-VOL LIFE | 11.25 | 151.44 |
| | **Net Pay: 1,041.01** | **30,170.40** |

| Accruals | | | | |
|---|---|---|---|---|
| **Description** | **Current Units Earned** | **Units Earned to Date** | **Units Taken to Date** | **Units Available** |
| 23-VACATION | .0000 | 124.0000 | 76.0000 | 48.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 15.0000 | 1.0000 |

| Direct Deposit | |
|---|---|
| **Direct Deposit Account** | **Amount of Deposit** |
| Chk-xxx1972 | 1,041.01 |

(*) Memo items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.

Page 2

**PRIMEPAY.**

CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| | |
|---|---|
| Edward T Brown<br>4113 Kates Glen<br>Aston, PA 19014 | **Identification No.** 11017651AT00009 |
| | **Clock ID** 003763 |
| | **Department** 015191 |
| | **Key** amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| | | | |
|---|---|---|---|
| **Gross Pay** | 1,401.39 | **Additional Withholding** | State:<br>Federal: |
| **Net Pay** | 979.96 | | |
| **Check Number** | 25647 | **Marital Status** | State: S<br>Federal: S |
| **Pay Period Start** | 06/24/2019 | | |
| **Pay Period End** | 06/30/2019 | **Dependents** | State: 0<br>Federal: 0 |
| **Pay Date** | 07/03/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 2-OVERTIME | .50 | 51.59 | 25.79 | 1,157.06 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 23-VACATION | .00 | .00 | .00 | 2,613.64 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,670.56 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 275.14 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 861.47 |
| 38-CAP PROJ H | .00 | .00 | .00 | 5,495.85 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 143.00 |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | 25,632.25 |
| | | **Gross Pay: 1,401.39** | | **41,676.31** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 212.58 | 6,513.69 |
| SOC SEC | 86.89 | 2,583.93 |
| MEDICARE | 20.32 | 604.34 |
| CHESTER CITY-W | 28.03 | 833.51 |
| PALS230101 | 1.00 | 28.00 |
| PAEUC | .84 | 25.04 |
| PA STATE | 43.02 | 1,279.47 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.

**PRIMEPAY.**

CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | 10.00 | 70.00 |
| UD-UNION DUES | 18.75 | 468.75 |
| VL-VOL LIFE | .00 | 140.19 |
| | **Net Pay: 979.96** | **29,129.39** |

## Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 76.0000 | 48.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 8.0000 | 8.0000 |

## Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 979.96 |

(*) Memo items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.

**PRIMEPAY.**

CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| | |
|---|---|
| Edward T Brown | |
| 4113 Kates Glen | |
| Aston, PA 19014 | |

| | |
|---|---|
| Identification No. | 11017651AT00009 |
| Clock ID | 003763 |
| Department | 015191 |
| Key | amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| | | Additional Withholding | |
|---|---|---|---|
| Gross Pay | 1,375.60 | | State: |
| Net Pay | 961.88 | | Federal: |
| Check Number | 25512 | Marital Status | State: S |
| Pay Period Start | 06/17/2019 | | Federal: S |
| Pay Period End | 06/23/2019 | Dependents | State: 0 |
| Pay Date | 06/27/2019 | | Federal: 0 |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 1-REGULAR | .00 | .00 | .00 | 24,256.65 |
| 2-OVERTIME | .00 | .00 | .00 | 1,131.27 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,670.56 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 275.14 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 861.47 |
| 38-CAP PROJ H | .00 | .00 | .00 | 5,495.85 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 143.00 |
| 23-VACATION | 8.00 | 34.39 | 275.12 | |
| 23-VACATION | 8.00 | 34.39 | 275.12 | |
| 23-VACATION | 8.00 | 34.39 | 275.12 | |
| 23-VACATION | 8.00 | 34.39 | 275.12 | |
| 23-VACATION | 8.00 | 34.39 | 275.12 | 2,613.64 |
| | | | **Gross Pay: 1,375.60** | **40,274.92** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 206.91 | 6,301.11 |
| SOC SEC | 85.29 | 2,497.04 |
| MEDICARE | 19.95 | 584.02 |
| PAEUC | .83 | 24.20 |
| PA STATE | 42.23 | 1,236.45 |
| PALS230101 | 1.00 | 27.00 |
| CHESTER CITY-W | 27.51 | 805.48 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

| Deductions | | |
|---|---|---|
| Description | Current | YTD |
| MU-MEDICAL UN | .00 | 60.00 |
| UD-UNION DUES | 18.75 | 450.00 |
| VL-VOL LIFE | 11.25 | 140.19 |
| | Net Pay: 961.88 | 28,149.43 |

| Accruals | | | | |
|---|---|---|---|---|
| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
| 23-VACATION | .0000 | 124.0000 | 76.0000 | 48.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 8.0000 | 8.0000 |

| Direct Deposit | |
|---|---|
| Direct Deposit Account | Amount of Deposit |
| Chk-xxx1972 | 961.88 |

(*) Memo items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



**CHESTER WATER AUTHORITY**
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| | |
|---|---|
| Edward T Brown | |
| 4113 Kates Glen | |
| Aston, PA 19014 | |

| | |
|---|---|
| Identification No. | 11017651AT00009 |
| Clock ID | 003763 |
| Department | 015191 |
| Key | amrT-KMJf-3hAg-pj3h |

## Payroll Statement

| | | | |
|---|---|---|---|
| Gross Pay | 1,375.60 | Additional Withholding | State: |
| | | | Federal: |
| Net Pay | 973.13 | | |
| Check Number | 25377 | Marital Status | State: S |
| | | | Federal: S |
| Pay Period Start | 06/10/2019 | | |
| Pay Period End | 06/16/2019 | Dependents | State: 0 |
| | | | Federal: 0 |
| Pay Date | 06/20/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 23-VACATION | 8.00 | 34.39 | 275.12 | 1,238.04 |
| 2-OVERTIME | .00 | .00 | .00 | 1,131.27 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 24-HOLIDAY | .00 | .00 | .00 | 1,670.56 |
| 25-SICK | .00 | .00 | .00 | 1,678.24 |
| 26-PERSONAL | .00 | .00 | .00 | 275.14 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| 35-OVERTIME W | .00 | .00 | .00 | 861.47 |
| 38-CAP PROJ H | .00 | .00 | .00 | 5,495.85 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 143.00 |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | 24,256.65 |
| | | Gross Pay: | 1,375.60 | 38,899.32 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 206.91 | 6,094.20 |
| SOC SEC | 85.29 | 2,411.75 |
| MEDICARE | 19.95 | 564.07 |
| CHESTER CITY-W | 27.51 | 777.97 |
| PA STATE | 42.23 | 1,194.22 |
| PALS230101 | 1.00 | 26.00 |
| PAEUC | .83 | 23.37 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | .00 | 60.00 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

### Deductions

| Description | Current | YTD |
|---|---|---|
| UD-UNION DUES | 18.75 | 431.25 |
| VL-VOL LIFE | .00 | 128.94 |
| | **Net Pay: 973.13** | **27,187.55** |

### Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 36.0000 | 88.0000 |
| 25-SICK | .0000 | 80.0000 | 48.8000 | 31.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 8.0000 | 8.0000 |

### Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 973.13 |

(*) Memo items are the employer's responsibility.

© 2018 PrimePay, LLC. All Rights Reserved.



CHESTER WATER AUTHORITY
415 WELSH ST
CHESTER, PA 19013

## Personal Information

| Edward T Brown<br>4113 Kates Glen<br>Aston, PA 19014 | | | |
|---|---|---|---|
| **Identification No.** | 11017651AT00009 | | |
| **Clock ID** | 003763 | | |
| **Department** | 015191 | | |
| **Key** | amrT-KMJf-3hAg-pj3h | | |

## Payroll Statement

| Gross Pay | 1,422.03 | Additional Withholding | State:<br>Federal: |
|---|---|---|---|
| Net Pay | 993.41 | | |
| Check Number | 25101 | Marital Status | State: S<br>Federal: S |
| Pay Period Start | 05/27/2019 | | |
| Pay Period End | 06/02/2019 | Dependents | State: 0<br>Federal: 0 |
| Pay Date | 06/06/2019 | | |

## Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| 53-1.1% | .00 | .00 | .00 | 893.42 |
| 24-HOLIDAY | 8.00 | 34.39 | 275.12 | 1,670.56 |
| 35-OVERTIME W | .90 | 51.59 | 46.43 | 861.47 |
| 38-CAP PROJ H | 8.00 | 34.39 | 275.12 | |
| 38-CAP PROJ H | 8.00 | 34.39 | 275.12 | 5,358.29 |
| 2-OVERTIME | .00 | .00 | .00 | 1,131.27 |
| 20-DOUBLE | .00 | .00 | .00 | 1,251.68 |
| 23-VACATION | .00 | .00 | .00 | 825.36 |
| 25-SICK | .00 | .00 | .00 | 1,403.12 |
| 26-PERSONAL | .00 | .00 | .00 | 275.14 |
| 28-OTHER | .00 | .00 | .00 | 4.00 |
| *40-UNPAID UNA | .00 | .00 | .00 | 270.56 |
| 45-MEALS | .00 | .00 | .00 | 143.00 |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | |
| 1-REGULAR | 8.00 | 34.39 | 275.12 | 22,330.81 |
| | | | **Gross Pay: 1,422.03** | **36,148.12** |

## Taxes

| Description | Current | YTD |
|---|---|---|
| FEDERAL | 217.13 | 5,680.38 |
| SOC SEC | 88.17 | 2,241.17 |
| MEDICARE | 20.62 | 524.17 |
| PA STATE | 43.66 | 1,109.76 |
| PAEUC | .85 | 21.71 |
| PALS230101 | 1.00 | 24.00 |
| CHESTER CITY-W | 28.44 | 722.95 |

## Deductions

| Description | Current | YTD |
|---|---|---|
| MU-MEDICAL UN | 10.00 | 60.00 |
| UD-UNION DUES | 18.75 | 393.75 |

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.



### Deductions

| Description | Current | YTD |
|---|---|---|
| VL-VOL LIFE | .00 | 117.69 |
| | Net Pay: 993.41 | 25,252.54 |

### Accruals

| Description | Current Units Earned | Units Earned to Date | Units Taken to Date | Units Available |
|---|---|---|---|---|
| 23-VACATION | .0000 | 124.0000 | 24.0000 | 100.0000 |
| 25-SICK | .0000 | 80.0000 | 40.8000 | 39.2000 |
| 26-PERSONAL | .0000 | 16.0000 | 8.0000 | 8.0000 |

### Direct Deposit

| Direct Deposit Account | Amount of Deposit |
|---|---|
| Chk-xxx1972 | 993.41 |

(*) Memo Items are the employer's responsibility.

To view your pay statement online, visit www.primepay.com > Client Login
You will need to provide your username and password.

© 2018 PrimePay, LLC. All Rights Reserved.

Page 2

| Company Name | BM Rehab & Nursing Center LLC | | | | | | | | | | | |
| Address | 549 Baltimore Pike  Glen Mills, PA 19342 | | | | | | | | | | Processed By Summit Care Services | |
| Federal EIN | ******0731 | | (W) PA EIN | 20150901 | | | | | (R) EIN | | | (610) |

| Employee Name | Tiffany D Brown | | | | | | | | | | UCI State Xtr/Fxd Flat | PA Xtr/Fxd % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 66 | | Payroll No. | 3 | Pay Freq. | Bi-Weekly | | Tax Status | | Deps | | |
| Employee No. | 10002 | | Division No. | 66 | Start Date | 07/21/2019 | Federal | Single | | 2 | | |
| SSN No. | ******6373 | | Home Dept. No. | 808418 | End Date | 08/03/2019 | (W) PA | Single | | 0 | | |
| Check No. | 2000168 | | Net Pay | 1,097.67 | Check Date | 08/09/2019 | (R) | | | | | |
| Sick Hours | 0.00 | | Vacation Hours | | Personal Hours | (10.90) | Balances | | | | | |
| Bank Account #1 | Checking | ******0053 | ******7008 | | 1,097.67 | Bank Account #3 | | | | | | |
| Bank Account #2 | | | | | | Bank Account #4 | | | | | | |
| DD Leftover Check | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | |

| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Current Earnings / Year to Date Earnings / Taxes / Deductions / Memos | | | | |
| 808418 | 0-Regular Pay | 17.0000 | 80.00 | 1,360.00 | 0-Regular Pay | 178.75 | 2,937.50 | Federal WH | 102.31 | 223.64 | 2-Dental | 52.52 | 157.56 |
| 808418 | OverTime Pay | 25.5000 | 3.00 | 76.50 | 1-Holiday | 8.00 | 112.00 | OASDI | 85.82 | 211.19 | 6-Colonial Disa | 18.92 | 56.76 |
| | | | | | 2-Personal | 16.00 | 272.00 | Medicare | 20.07 | 49.39 | | | |
| | | | | | OverTime Pay | 9.50 | 242.25 | PA: State WH | 42.49 | 104.57 | | | |
| | | | | | | | | PA: EE SUI | 0.86 | 2.14 | | | |
| | | | | | | | | PA: Loc-Concor | 2.00 | 6.00 | | | |
| | | | | | | | | PA: Loc-Upper | 13.84 | 34.06 | | | |
| Employee Totals | | 83.00 | | 1,436.50 | Total YTD: | 212.25 | 3,563.75 | | 267.39 | 630.99 | | 71.44 | 214.32 |

**REMOVE DOCUMENT ALONG THIS PERFORATION**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER • THERMOCHROMIC INK ON BACK

BM Rehab & Nursing Center LLC
549 Baltimore Pike
Glen Mills, PA 19342

| Check Date | Reference No. |
|---|---|
| 08/09/2019 | 2000168 |

$ 1,097.67

## Direct Deposit Voucher

Payee
Tiffany D Brown
4113 Kate's Glen
Chichester, PA 19014

**NON-NEGOTIABLE**                **NON-NEGOTIABLE**

08/07/2019 11:16:21 AM

## Direct Deposit Voucher