# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15004-ELF

EDWARD BROWN

4113 KATE'S GLEN

UPPER CHICHESTER, PA 19014

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
EDWARD BROWN

4113 KATE'S GLEN

UPPER CHICHESTER, PA 19014

**Counsel for debtor(s), by electronic notice only.**
GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

        /s/ William C. Miller

Date: 11/4/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee