# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-15004-ELF

EDWARD BROWN

4113 KATE'S GLEN

UPPER CHICHESTER, PA 19014

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EDWARD BROWN

4113 KATE'S GLEN

UPPER CHICHESTER, PA 19014

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 11/7/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee