## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Brown | |
| Debtor(s) | CHAPTER 13 |
| PennyMac Loan Services, LLC, its successors and/or assigns | |
| Movant | |
| vs. | |
| | NO. 19-15004 ELF |
| Edward Brown | |
| Debtor(s) | |
| William C. Miller Esq. | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PennyMac Loan Services, LLC, which was filed with the Court on or about **January 20, 2020, docket number 24**.

Respectfully submitted,


By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant


March 9, 2020