**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Edward Brown | : | **CHAPTER 13** |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 19-15004** |

**PRAECIPE TO WITHDRAW**

To the Clerk,

    Kindly withdraw Debtor's Proposed Order filed on October 3, 2023, docket number 56.

Dated:  October 3, 2023                    Respectfully Submitted,

                                              /s/ Michelle Lee

                                              Michelle Lee, Esquire
                                              Dilworth Paxson LLP
                                              1500 Market Street, Suite 3500E
                                              Philadelphia, PA 19102

{00362533;v1}