Certificate Number: 15317-PAE-DE-038798736

Bankruptcy Case Number: 19-15004



15317-PAE-DE-038798736

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2024, at 5:03 o'clock PM PDT, Edward Brown completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 23, 2024            By:   /s/Sharmagne Marquez

                                   Name: Sharmagne Marquez

                                   Title: Credit Counselor