United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-15004-amc
Edward Truman Henry Brown, Jr. | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Truman Henry Brown, Jr., 4113 Kate's Glen, Upper Chichester, PA 19014-3318 |
| 14370560 | + | American Heritage Fcu, 3110 Grant Ave, Philadelphia, PA 19114-2542 |
| 14845237 | + | Chester Water Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14845348 | + | Chester Water Authority, c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14845236 | + | Chester Water Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14380083 | + | Pennymac Loan Services, LLC, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14370567 | + | Sun East Federal Cr Un, Po Box 2231, Aston, PA 19014-0231 |
| 14386016 | + | Sun East Federal Credit Union, 4500 Pennell Road, Aston PA 19014-1862 |
| 14404633 | + | TD Bank, N.A., 950 New Loudon Road, Latham, NY 12110-2100 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14370561 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 20 2024 00:28:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14370562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:38:38 | Citi/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14370564 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 20 2024 00:39:44 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14374063 | | Email/Text: mrdiscen@discover.com | Nov 20 2024 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14370563 | + | Email/Text: mrdiscen@discover.com | Nov 20 2024 00:28:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14370565 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Midland Funding, 320 E Big Beaver Rd Ste, Troy, MI 48083-1238 |
| 14395337 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 20 2024 00:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14407063 | + | Email/PDF: ebnotices@pnmac.com | Nov 20 2024 00:40:13 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14379762 | ^ | MEBN | Nov 20 2024 00:21:51 | PennyMac Loan Services, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14370566 | + | Email/PDF: ebnotices@pnmac.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 24 |

| | | Nov 20 2024 00:40:14 | Pennymac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
|---|---|---|---|
| 14371575 | ^ MEBN | Nov 20 2024 00:22:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14371284 | ^ MEBN | Nov 20 2024 00:22:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14370568 | Email/Text: bankruptcy@td.com | Nov 20 2024 00:29:00 | Td Bank N.a., 32 Chestnut Street, Lewiston, ME 04240 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024               Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:**

**Name**           **Email Address**

DENISE ELIZABETH CARLON
                   on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                   on behalf of Creditor Chester Water Authority jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KENNETH E. WEST
                   ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                   on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

MICHELLE LEE
                   on behalf of Debtor Edward Truman Henry Brown  Jr. bky@dilworthlaw.com

United States Trustee
                   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)−doc 79 − 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Edward Truman Henry Brown Jr. )  Case No. 19−15004−amc
)
)
Debtor(s). )  Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2024                                      For The Court

                                                                  Timothy B. McGrath
                                                                  Clerk of Court